IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER R. RIGGINS, | § | |
| | § | |
| Defendant Below, | § | No. 79, 2018 |
| Appellant, | § | |
| | § | Court Below:  Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1706008671 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  October 17, 2018
Decided:    October 31, 2018

Before **STRINE**, Chief Justice; **VALIHURA**, and **SEITZ**, Justices.

## **ORDER**

This 31st day of October, 2018, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its December 7, 2017 opinion.  We do not reach the applicability of the community caretaker doctrine.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice